UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>KISSIAH SABRINA KELLY,<br><br>               Defendant. | CASE NO.:   22-CR-2855-CAB<br><br>**ORDER GRANTING MOTION TO SEAL** |

Defendant Kissiah Sabrina Kelly moves to seal her sentencing memorandum and exhibits on the ground that they contain sensitive personal and medical information. The Court has reviewed the sentencing memorandum and exhibits and finds that they are properly filed under seal. Good cause appearing, the Court GRANTS the motion. The Clerk of Court shall file Ms. Kelly's sentencing memorandum and exhibits thereto under seal. The motion to seal and this Order shall be filed on the public docket.

IT IS SO ORDERED.

Dated:  March 29, 2023

_____
Honorable David D. Leshner
United States Magistrate Judge